Robert D. Scholz, OSB#773379
Leslie A. Kocher-Moar, OSB#933333
MacMILLAN, SCHOLZ & MARKS, P.C.
900 SW Fifth Avenue, Suite 1800
Portland, OR 97204
Telephone   : (503) 224-2165
Facsimile   : (503) 224-0348
E-mail      : rscholz@msmlegal.com
            : lkochermoar@msmlegal.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| CATHERINE E. FRIAS,<br><br>          Plaintiff,<br><br>vs.<br><br>DOUGLAS M. PRATT, an individual; PRINCE TELECOM, INC., and/or its/their unknown business entity and/or subsidiary, a foreign business corporation; and PRINCE TELECOM, LLC, and/or its/their unknown business entity and/or subsidiary, a foreign Limited Liability Company,<br><br>          Defendants. | Case No. 3:10-CV-01444-AC<br><br>STIPULATED JUDGMENT OF DISMISSAL |

This case having been fully compromised and settled, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court being fully advised in the premises,

1-- STIPULATED JUDGMENT OF DISMISSAL

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed in its entirety, as to all parties, claims, and issues, with prejudice, and without award of costs or attorney's fees to any party.

DATED: December 1, 2012

John V. Acosta
United States Magistrate Judge

IT IS SO STIPULATED:

MacMILLAN, SCHOLZ & MARKS, P.C.

Dated: 11/29/11

Robert D. Scholz, OSB#77337
Leslie A. Kocher-Moar, OSB#93333
Of Attorneys for Defendants

GATTI, GATTI, MAIER, SAYER,
THAYER, SMITH & ASSOCIATES

Dated: 11/28/11

Jeffrey P. Thayer, OBS#98359
Of Attorneys for Plaintiff

2– STIPULATED JUDGMENT OF DISMISSAL